UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                              CASE NO. 06 B 11445
  RAFAEL DIAZ JR

                                                    CHAPTER 13

                                                    JUDGE: JACQUELINE P COX

          Debtor
  SSN XXX-XX-2843


-------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 09/13/2006 and was not confirmed.

     The case was dismissed without confirmation 04/09/2007.
-------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COOK COUNTY COLLECTOR | SECURED | 1500.00 | .00 | .00 |
| COOK COUNTY COLLECTOR | UNSECURED | NOT FILED | .00 | .00 |
| HOMEQ SERVICING CORP | CURRENT MORTG | .00 | .00 | .00 |
| HOMEQ SERVICING CORP | MORTGAGE ARRE | 5596.96 | .00 | .00 |
| AMERICAN GENERAL FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE | UNSECURED | 729.65 | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | NOT FILED | .00 | .00 |
| CRED PROTECTION ASSOCIAT | UNSECURED | NOT FILED | .00 | .00 |
| CRED PROTECTION ASSOCIAT | UNSECURED | NOT FILED | .00 | .00 |
| CREDITORS COLLECTION BUR | UNSECURED | NOT FILED | .00 | .00 |
| CREDITORS COLLECTION BUR | UNSECURED | NOT FILED | .00 | .00 |
| CROWN EMERGENCY PHYSICIA | UNSECURED | NOT FILED | .00 | .00 |
| FIRST CONSUMERS NATIONAL | UNSECURED | NOT FILED | .00 | .00 |
| HARBOR FINANCIAL GROUP | UNSECURED | 13558.33 | .00 | .00 |
| JUDY ANN JOHNSON DDS | UNSECURED | NOT FILED | .00 | .00 |
| MIDWEST PHYSICIAN GROUP | UNSECURED | NOT FILED | .00 | .00 |
| MONEY CONTROL | UNSECURED | NOT FILED | .00 | .00 |
| ST JAMES & ST MARGARET | UNSECURED | 1824.18 | .00 | .00 |
| MUTUAL HOSPITAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| MUTUAL HOSPITAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| MUTUAL HOSPITAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| MUTUAL HOSPITAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| MUTUAL HOSPITAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| MUTUAL HOSPITAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| MUTUAL HOSPITAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| MUTUAL HOSPITAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| MUTUAL HOSPITAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| MUTUAL HOSPITAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| MUTUAL HOSPITAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| MUTUAL HOSPITAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| MUTUAL HOSPITAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| MUTUAL HOSPITAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |

                   PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 06 B 11445 RAFAEL DIAZ JR

```
NICOR GAS                 UNSECURED      NOT FILED           .00          .00
NICOR GAS                 UNSECURED      NOT FILED           .00          .00
ORAL SURGERY CENTER       UNSECURED      NOT FILED           .00          .00
AT & T BANKRUPCTY         UNSECURED      NOT FILED           .00          .00
ST JAMES HOSPITAL AND HE  UNSECURED      NOT FILED           .00          .00
IL DEPT OF EMPLOYMENT SE  UNSECURED       2529.97            .00          .00
HOMEQ SERVICING           NOTICE ONLY    NOT FILED           .00          .00
HARBOR FINANCIAL GROUP    CURRENT MORTG        .00           .00          .00
HARBOR FINANCIAL GROUP    MORTGAGE ARRE        .00           .00          .00
ROBERT V SCHALLER ^       DEBTOR ATTY     2,720.00                    1,249.12
TOM VAUGHN                TRUSTEE                                        82.56
DEBTOR REFUND             REFUND                                          .00
```

Summary of Receipts and Disbursements:

```
--------------------------------------------------------------------------------
                       RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                  1,331.68

PRIORITY                                        .00
SECURED                                         .00
UNSECURED                                       .00
ADMINISTRATIVE                             1,249.12
TRUSTEE COMPENSATION                          82.56
DEBTOR REFUND                                   .00
                      ---------------    ---------------
TOTALS                   1,331.68           1,331.68
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 02/26/08                    /s/ Tom Vaughn
                                   _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE